# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| VOLVO FINANCIAL SERVICES<br>a division of VFS US LLC and<br>VFS LEASING CO.<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>G.P.M. TRANSPORT, INC., GREGORY MASSOOD, and JOHN DOES 1-10,<br><br>　　　　　　　　Defendant(s)<br>　　　　　　　　Counterclaims/<br>　　　　　　　　Third-Party Plaintiff<br><br>vs.<br><br>VOLVO TRUCKS NORTH AMERICA,<br><br>　　　　　　　　Third-Party Defendant<br><br>vs.<br><br>HUDSON COUNTY MOTORS, INC.<br><br>　　　　　　　　Third-Party Defendant | Case No.: 08-cv-4834(DMC)<br><br>**CASE MANAGEMENT<br>CONFERENCE ORDER** |

This matter having been brought before the Court and the Court conducting a case management conference on April 8, 2009 with counsel for Plaintiff and Defendants;

**IT IS ORDERED** on this ___ day of _____, 2009, that:

(1) Defendants G.P.M Transport, Inc. and Gregory Massood are to provide responses to Plaintiff Volvo Financial Services and Third Party Defendant Volvo Trucks North America Request for Documents and Interrogatories by **April 13, 2009**;

(2) Plaintiff Volvo Financial Services and Third Party Defendant Volvo Trucks North America shall respond to Defendants G.P.M Transport, Inc. and Gregory Massood Amended Counterclaim by **April 20, 2009**;

1

(3) Plaintiff Volvo Financial Services and Third Party Defendant Volvo Trucks North America shall serve supplemental discovery by **April 20, 2009**;

(4) Defendants G.P.M Transport, Inc. and Gregory Massood are to provide responses to Plaintiff Volvo Financial Services and Third Party Defendant Volvo Trucks North America supplemental discovery by **May 20, 2009**; and

~~IT IS FURTHER ORDERED Defendants G.P.M Transport, Inc. and Gregory Massood will contact the Court to schedule the next case management conference after effectuating service on Third Party Defendant Hudson County Motors, Inc.~~

HON. MARK FALK
United States Magistrate Judge

2