UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VOLVO FINANCIAL SERVICES a division of VFS US KLLC and VFS LEASING CO. , | CIVIL ACTION NO: 08-4834 (DMC-MF) |
| Plaintiff(s), | |
| v. | |
| GPM TRANSPORT, INC. GREGORY MASSOOD AND JOHN DOES, 1-10, | |
| Defendant(s), Third Party Plaintiffs | **ORDER** |
| v. VOLVO TRUCKS, NORTH AMERICA. HUDSON COUNTY MOTORS, INC. | |
| Third Party Defendants | |

    **THIS MATTER** having come before the Court by way of telephone conference on August 19, 2009 with counsel for all parties present; and the parties requested an extension of the fact discovery deadline to complete fact witness depositions; and it appearing that the requested depositions are necessary for purposes of discovery in the case; and for good cause shown,

    **IT IS on this 19th day of August, 2009,**

    **ORDERED** that the discovery deadline shall be extended until October 15, 2009.

    /s/ Honorable Mark Falk
    **UNITED STATES MAGISTRATE JUDGE**